IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DIANE SIRON,**

    **Plaintiff,**

v.                                                           Case No. 1:16cv228-MW/GRJ

**ANDREW M. SAUL,**
**Commissioner of the Social**
**Security Administration,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 47. Plaintiff has filed her Notice of No Objection to the Entry of an Order Accepting and Adopting Report and Recommendation of the Magistrate Judge. ECF No. 48. Neither Plaintiff nor Defendant objects to the entry of the order. Upon consideration,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating,

"1. Plaintiff's Motion for Attorney's Fees, ECF No. 42, is **GRANTED IN PART**.

2. Plaintiff is awarded attorney's fees under the EAJA in the amount of $16,801.15, subject to any offsetting debt owed by the Plaintiff to the United States. Before the Commissioner is obligated to pay the EAJA fees, the Commissioner must determine whether Plaintiff owes a debt to the Government. In the event the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Commissioner must then pay the fees directly to Plaintiff's counsel. Further, because Plaintiff has assigned her EAJA fees to Plaintiff's counsel, any fees or partial fees received by the Plaintiff are to be considered held in trust for, and payable to Plaintiff's counsel."

The Clerk shall also close the file.

**SO ORDERED on September 20, 2019.**

**s/Mark E. Walker**
**Chief United States District Judge**
