## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**DIANE SIRON,**

    *Plaintiff,*

**v.**                                       **Case No.:  1:16cv228-MW/GRJ**

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social**
**Security Administration,**

    *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation. ECF No. 64. Upon consideration, no objections having been

filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 64, is **accepted and adopted** as

this Court's opinion. Plaintiff's opposed petition for an award of attorney's fees

pursuant to 42 U.S.C. § 406(B)(1), ECF No. 50, is **GRANTED**. The Clerk shall

enter judgment stating, "Plaintiff's counsel is awarded attorney's fees under 42

U.S.C. § 406(a) and (b) in the sum of $23,889.10, to be paid out of the Plaintiff's

past-due benefits currently being withheld by the Social Security Administration."

The Clerk shall close the file.

       **SO ORDERED on February 16, 2022.**

                               **s/Mark E. Walker**
                               **Chief United States District Judge**